UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>IDRISS QIBAA, et al.,<br><br>        Defendants. | Case No. 25-cv-01678-RFL<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING DEFAULT JUDGMENT; AND ENTERING A PERMANENT INJUNCTION**<br><br>Re: Dkt. Nos. 16, 18 |

      The court has reviewed *de novo* Magistrate Judge Thomas Hixson's Report and Recommendation Re: Motion for Default Judgment (Dkt. No. 18, "R&R"), as well as the Motion and associated exhibits (Dkt. No. 16), the executed returns of the summons (Dkt. Nos. 8 & 9), Plaintiff Meta Platform Inc.'s request for clarification regarding the Report and Recommendation (Dkt. No. 22), and the docket in the matter. No objections have been received to the R&R from Defendants. The Court finds the R&R correct, well-reasoned and thorough, and adopts it in its entirety, with the clarification that Meta's suit is to enforce "the Instagram Terms of Use . . . and other rules that govern access to and use of Instagram, including Instagram's Community Standards," and not Meta's "Commercial Terms." (*See id.*)

      Accordingly, Meta's Motion for Default Judgment is **GRANTED**. Defendants Idriss Qibaa and Unlocked4Life, LLC, and any of their agents, servants, employers, successors, and assigns, and all other persons acting in concert or conspiring with any of them or who are affiliated with Defendants, are **PERMANENTLY ENJOINED** and **RESTRAINED** from:

    a)  Accessing, attempting to access, or using Meta's services, platforms, or computer

systems, including Instagram or Facebook, for any purpose whatsoever;

b) Creating or maintaining any Instagram accounts in violation of the Instagram Terms of Use;

c) Engaging in any activity or facilitating others to do the same that violates the Instagram Terms of Use;

d) Soliciting third parties to access Meta's platforms or computer systems on Defendants' behalf;

e) Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Meta's computers, computer system, or computer network or service; and

f) Engaging in any activity that violates the California Comprehensive Computer Data Access and Fraud Act (California Penal Code § 502).

If Meta intends to seek attorneys' fees and costs, it must make its request by separate motion with supporting evidence, by **September 11, 2025**.  *See* Local Civ. R. 54-1(a).

**IT IS SO ORDERED.**

Dated:  August 28, 2025

RITA F. LIN
United States District Judge